# Exhibit A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | |

|  | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Olivia Nantongo** | **(404) 918-7709** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **1064 E 38th St. Brooklyn, NY 11210**<br>c/o Fred V. Charles, Esq, counsel for Olivia Nantongo, **fcharles@charleslawpc.com**  (646) 494-2662 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Nationwide Mortgage Bankers** | **300+** | **(516) 208-4176** |

| City, State and ZIP Code |
|---|
| **68 S Service Rd Suite #400, Melville, NY 11747** |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest                Latest<br>**May 2021**<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**See attached affidavit.**

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 01/21/22                *Charging Party Signature*<br>*Date* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*<br>01/21/22 |

FRED V. CHARLES
Notary Public   State of New York
No. 02CH6423718
Qualified in Queens County
My Commision Expires 10/28/2025

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

OLIVIA NANTONGO,

Charging Party,

- against -

NATIONWIDE MORTGAGE BANKERS, INC.,

Respondent.

**CHARGE OF DISCRIMINATION**

OLIVIA NANTONGO being duly sworn, deposes and says:

**ALLEGATION**

1. I am the Charging Party in this charge and submit this Affidavit in support of my Charge of Discrimination.  Nationwide Mortgage Bankers, Inc ("Respondent") violated Title VII of the Civil Rights Act of 1964 (Title VII), as amended, because of my gender female and being subjected to sexual harassment by one of Respondents' managers, and in retaliation for not reciprocating the unlawful sexual advances, I was not given a pay notice upon hire, not paid for hours worked, never given a wage statement, and denied any commissions, benefits, or bonuses.

   I will address the violations to the FLSA, NYLL, NYCRR, and any other potential cause(s) of action that can be inferred from the facts in a separate forum against the Respondent and their agents, in their personally capacity.

   Moreover, I will separately address instances of mortgage and PPP loan fraud committed by Respondent and its agents.

**PARTIES**

2. The Charging Party, Olivia Nantongo ('Nantongo'), is a resident of the State of New York and resides at 1064 East 38th Street, Brooklyn, NY 11210.

3. Nationwide Mortgage Bankers, Inc. ("Respondent") provides financing options for customers buying homes, investment properties or refinancing current mortgages.  Respondent notes on

their website that they are "the number 1 fastest growing mortgage company in the US for two years in a row."

4. Respondent is headquartered at 68 S Service Rd Suite #400, Melville, NY 11747 and operates many local offices across the country.

5. Respondent has over three hundred (300) employees.

6. At all relevant times, Nantongo was an employee of Respondent and worked in Respondent's local office ("Queens Office") located 106-06 Jamaica Ave, Jamaica, NY 11418.

7. Nantongo was employed by the Respondent from December 8, 2020, to May 11, 2021.

8. Youssef Youssef ("Youssef") is the branch manager of the Queens Office.

9. Youssef had the power to control the terms and conditions of Nantongo's employment, such as but not limited to, hiring, firing, setting work schedule, establishing pay rate, and pay basis.

10. Trevor Johnny ("Johnny") is a manager and Youssef's business partner in the Queens Office.

11. Johnny had the power to control the terms and conditions of Nantongo's employment, such as but not limited to, hiring, firing, setting work schedule, establishing pay rate, and pay basis.

12. Harry Voltaire ("Voltaire") is a manager and business partner to Youssef and Johnny in the Queens Office.

13. Voltaire had the power to control the terms and conditions of Nantongo's employment, such as but not limited to establishing pay rate and pay basis.


**ALLEGATION PARTICULARS**

14. On or about November 12, 2020, Nantongo met Johnny at his home office to learn about an open position as a mortgage loan officer with additional marketing duties ("November meeting").

15. At the November meeting, Johnny mentioned he was in a partnership with Nationwide Mortgage Bankers, and he needed help in the Queens Office. Johnny offered Nantongo the position and to train her to become a loan officer, which entails dealing with mortgages and refinancing loans.

16. At the November meeting, Johnny mentioned to Nantongo he was going to buy leads, and Nantongo would be able to close ten files a month because of the paid creditable leads—with each closed file earning $5,000.00 or one point per value of the loan—a potential to earn $70,000 per month because there would be no problem getting clients given the paid leads.

17. At the November meeting, Johnny mentioned to Nantongo she would receive a weekly payment of $30/hr. In addition, there was a verbal agreement to work four hours per day but get paid eight hours a day, and once the paid leads were received, she could work from home. Nantongo agreed to the terms and accepted the position.

18. On or about December 8 ("First Day"), Johnny picked Nantongo up from her home to carpool to the Queens Office.  Johnny introduced Nantongo to Youssef, Voltaire, and other staff members.  This was Nantongo's first day to the Queens Office.

19. On the First Day, Johnny told Nantongo that Youssef would take over the training, and he would go out in the field with her to meet accountants and realtors.

20. On the First Day, Youssef gave Nantongo an assignment to generate leads by calling everyone in her network to find and initiate a relationship with accountants because accountants know when people will refinance loans.

21. From the outset, Nantongo intensively made calls from Youssef's office.  Would set up meetings with accountants for face-to-face and in-office meetings.

22. On or about March 8, 2021, Youssef, Johnny, and Voltaire held a staff meeting to discuss the arrival of new leads, a telemarking script to use for the leads, and for Nantongo, training on how to use ACRIS.

23. On or about March 16, 2021, a staff meeting was held to discuss another set of leads that had arrived at the office for use in lieu of the previous list, which was not organized in a desired fashion.  Voltaire shared with the group that one can potentially earn five thousand dollars per closed file.

24. On or about March 18, 2021, Johnny emailed the telemarking script, and Voltaire distributed the printed new leads to several staff members including Nantongo.  (see **Exhibit A**)

25. Nantongo worked on the leads by making calls from the office and from home; however, Nantongo has never received compensation nor benefits for her work, which went beyond the agreed four-work days per week and often would surpass eight-hour days.

26. On or about May 3, 2021, while in a car driving to a destination, Nantongo and Youssef had conversation about compensation where Nantongo described the work she has done working from home and in the office.

27. In this same May 3 conversation, Youssef told Nantongo that Voltaire works for him and that she works in Voltaire's team.  Youssef added, Johnny is Voltaire's assistant, and everyone works under his (Youssef's) supervision.

28. On or about May 3, 2021, Nantongo and Johnny had a conversation pertaining to Nantongo's unpaid compensation and a lack of transparency of commissions due. That conversation was a continuation of many other verbal discussions spanning Nantongo's time of employment on the same topic of compensation.

29. In response to Nantongo's request for information, Johnny gave Nantongo a handwritten note listing potential clients for whom Nantongo should or will receive compensation (see **Exhibit B**).

30. On or about May 5, 2021, Johnny sent Nantongo a text message erroneously stating that Nantongo works for herself like an independent contractor, but Nantongo would receive compensation like an employee.  Moreover, Johnny's statement to Nantongo contradicts Youssef's assertation that Nantongo works in Voltaire's and Johnny's team.  (see **Exhibit C**)

31. On or about May 11, 2021, Nantongo had a conversation with Johnny regarding payment owed to her for making phone calls.  In response, Johnny avoided giving a legal and legitimate answer for the lack of payment.  However, Johnny did follow up and sent Nantongo an illogical text message stating that her pay is based on commission—a term and condition of her employment that was never mentioned upon being hired by Respondent. Furthermore, Johnny never advanced Nantongo the $1,000.00 as noted in the text message. (see **Exhibit D**)

32. On or about June 29, 2021, Nantongo and Youssef had a final conversation where Youssef shared Johnny assisted clients to receive federal PPP loans and use the funds as down payments to qualify for mortgages.  In the same conversation, Nantongo repeated to Youssef the issue of never receiving payment for work done.

**Johnny's Sexual Harassment of Nantongo**

33. On or about the first week of February, parked in front of Nantongo's home in Trevor's car, (dropped home after work), Johnny put his hand on Nantongo's lap and expressed his love for Nantongo.

34. Nantongo rejected Johnny's unwanted sexual advances on the grounds of being co-workers and Johnny being her boss.

35. Johnny continued to make statements for most of Nantongo's tenure about how he loves Nantongo, and Nantongo has not reciprocated the sentiments; some of the statements are captured in text messages (see **Exhibit E**).

36. On May 11, 2021, Johnny acknowledged that Nantongo does not "want anything to do with" Johnny and that Voltaire will address the lack of payment issue with Nantongo.  Voltaire never compensates Nantongo as noted in the text message. (see **Exhibit F**)

**CONCLUSION**

*Respondent's quest for growth and profits has unfortunately rendered the organization bereft of proper personnel oversight.*

37. Nantongo was an employee in Respondent's Queens' Office and performed similar duties to other Respondent employees.

38. Nantongo endured unsolicited, unwanted sexual harassment from Johnny.

39. Nantongo made multiple requests for fair compensation and treatment to Youssef and Johnny.

40. Nantongo was never given a legal or legitimate reason from Youssef or Johnny for the unlawful disparate treatment as noted in Item 1.

41. No other male received similar treatment noted in Item 1.

42. Given the above, Respondent violated the Title VII of the Civil Rights Act of 1964 (Title VII), as amended.

43. As a result of the unlawful behavior by Respondent and its agents, Nantongo suffered emotional distress, a loss of income and benefits, and incurred legal fees.

# VERIFICATION

I swear under penalty of perjury that the above is true and correct, except as to matters therein stated to be alleged on information and belief, and that as to those matters, I believe them to be true.

Olivia Nantongo

Sworn to before me this

23rd day of December 2021

Notary Public

Fred V. Charles, Esq
Charles Law, P.C.
(646) 494-2662
fcharles@charleslawpc.com

FRED V. CHARLES
Notary Public - State of New York
No. 02CH6423718
Qualified in Queens County
My Commission Expires 10/28/2023

**Exhibit A**

1. Script for Telemarketing

Hi Good Day. May I speak to _____ My name is _____ and I am calling from Nationwide Mortgage Bankers. The purpose of my call today is to make you aware that interest rates are currently at an all time low. They are not going to remain low forever. In fact, they are showing signs of rising. So, I am reaching out to people like yourself today who can take advantage of these low rates.

1. Are you still carrying that mortgage you opened in _____? If I am correct, you had an interest rate of _____%

2. Is this the property you are living at today or is this an investment property? What do you think the property is worth today? Pause and wait for their response……………

3. What is your current balance owed? Ok, I see you have some equity. Let's see how we can put that equity to use and reduce your interest rate. I'm quite sure that we could save you a considerable amount of money.

4. Are you current with your monthly payments and can you get your hands on your mortgage statement?

5. How is your credit? Wait for their response………..

6. What is your income situation, are you W-2 or are you self-employed?

7. May I have your email and telephone number to have someone get back to you? I am going to have someone give you a follow up call and they will send you some basic information of the documents that we need to move forward.

Thank you for your time and have a Good Afternoon or Good Evening!

# Exhibit B

① 

MARIAM Agbelusi  917 587 8150

I give you this information before. There is nothing for you to do on this. She call me looking for funding for a church. I talk her into buying a home. She is already approve by the office. I found her the money for the down payment and I have her working with a Broker to find th house. I told the office that it is your file you will be paid for it. this is. a done deal you should be working on finding New deal and not stressing over a fish already cought.

② Camile    917 224 0889

She sent her document to the office you told me you are speaking with her

(3) there was another lady who called while I was driving I give her your number she said she will call when she have the necessary documents. I don't even have her number I was calling back people who have called hoping she would answer. She will most likely be on the next zoom

# Exhibit C



# Exhibit D



Trevor Johnny Realtor Ny
12:00, May 11

Let me make it clear. We get paid base on commissions. Even people who get weekly wages it is base on what they have in the pipeline. You have a prospective deal in the pipeline(Bronx) it is not a deal until there is a a contract nevertheless I will advance you $1000.00 on it and let the office refund me when it is closed. When Harry returns you could take up your clams with him. The money I pay you will be my personal money.

# Exhibit E





# Exhibit F

