# Exhibit B

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

_____

OLIVIA NANTONGO,

             Charging Party,

-   against  -

NATIONWIDE MORTGAGE BANKERS, INC.,

             Respondent.

_____

## EMPLOYER POSITION STATEMENT

Nationwide Mortgage Bankers, Inc. ("NMB") is a mortgage bank which issues residential mortgages throughout the country. The company presently employs 514 people and is headquartered in New York.

The location at issue here is a branch of the company located in Queens, New York. From November 2020 through May 2021, there were approximately seven (7) employees working at that location (including Claimant). Those employees included Youssef Youssef (Non-Producing Branch Manager) ("Youssef"). The branch also employed a marketing analyst, a business development employee, a loan officer assistant and one loan officer.

Harry Voltaire ("Voltaire") was never hired by NMB and was never an NMB employee at any time.

Trevor Johnny ("Johnny") was hired by NMB as a marketing analyst at the Queens branch location on or about January 18, 2021.

Olivia Nantongo ("Nantongo") was a prospective employee who expressed interest in applying for a position at NMB in or around December 2020. When she went to the Queens branch location, she was advised by management personnel, including Youssef, that she would need to submit an employment application and undergo a background check. This is required of all

1

employees who work for NMB. Nantongo never submitted any such applications. NMB management and Human Resources was unaware that Nantongo claimed that she was entitled to unpaid wages. If she had, NMB would have immediately conducted an internal investigation to evaluate the actions of its employees. However, Nantongo never made any such claim.

NMB does not believe funds were due to Nantongo, however,  based on her own representations in a text message dated May 6, 2021, NMB issued a check payment to Nantongo in the amount of $4,560.00. (See **Exhibit 1**). NMB states that this check payment was issued in good faith in an attempt to issue as prompt a payment as possible to compensate Nantongo for what she believes is due to her.

Voltaire became associated with the NMB Queens branch through a professional relationship with Youssef. Voltaire is a CPA and maintained his own business. In the mortgage industry, it is common for individuals from various professional backgrounds to work together in the referral of clients. This was the reason that Voltaire was present in the NMB office as described in Nantongo's Charge. Voltaire was never an employee of NMB and did not speak on its behalf at any time.

Johnny became associated with the NMB Queens branch through a relationship with Voltaire. Johnny was in marketing and owned his own personal marketing business. The NMB Queens branch was growing the marketing side of its business and eventually hired Johnny to assist them directly.

Prior and during her involvement with NMB (to the best of NMB's knowledge and information), Nantongo had more than one job, one of which was as a promotor for a company conducting real estate investment and refinancing. It is unclear whether this is Nantongo's own business or if she works for another company. Nevertheless, Nantongo's interest in gaining information about the mortgage industry was her stated reason for going to NMB's Queens office in December 2020. During the time that Nantongo was in the NMB Queens office, it was unclear to management personnel whether any phone calls made by Nantongo (as outlined in her Charge) were made for her own personal benefit or otherwise. While Nantongo expressed interest in becoming involved and wanted to know more about the industry, she refused to submit an application for employment as management made as a clear requirement. Further, Nantongo was never in the office with any consistency whatsoever. She appeared for an initial introduction in December 2020 and was in the office a few times subsequently, but then disappeared for more than a month. When she returned, she again refused to submit an application and undergo the required background check. Nantongo's "work," if it was on behalf of NMB, was limited to these phone calls to try to find "leads" (potential mortgage clients). Based on this miscommunication and NMB's lack of understanding as to Nantongo's interest in becoming an employee of the company, as well as whether she was simply there "to learn" and pursue leads for another company, Nantongo was not reimbursed for time spent making phone calls. This was not the result of bad faith on NMB's behalf, but rather a misunderstanding of the facts. To try to mitigate this, and to ensure that Nantongo is made whole as soon as possible, NMB issued a check payment to Nantongo on March 9, 2022 in the amount of $4,560.00 (as referenced above).

2

## RESPONSES TO CHARGING PARTY'S ALLEGATIONS

Respondent ("NMB") responds to the allegations made by Nantongo in her Charge of Discrimination as follows:

Paragraph 3: Admitted.

Paragraph 4: Admitted.

Paragraph 5: Denied. Presently, NMB employs 514 individuals.

Paragraph 6:  Denied. (See Responses to Paragraphs 9-32).

Paragraph 7: Denied. (See Responses to Paragraphs 9-32).

Paragraph 8: Admitted.

Paragraph 9: NMB admits that from December 2020 through the present, Mr. Youssef is a branch manager of NMB's Queens location and that he is preliminarily responsible for hiring and terminating employees in that branch (subject to NMB's Human Resources office rules, regulations and findings) and that, for employees at that branch, Mr. Youssef is one of two individuals responsible for setting employee work schedules and establishing pay rate. It is unclear what Claimant means by "pay basis" in this Paragraph and so NMB does not provide a response to that portion of this allegation.

Paragraph 10: Denied. Trevor Johnny was an employee of NMB and marketing analyst in the Queens branch office. Mr. Johnny was not in a management position at any time during his employment with NMB.

Paragraph 11: Denied. Trevor Johnny was not in a management position at any time during his employment with NMB. During his employment with NMB, Johnny did not have the power to control the terms or conditions of Nantongo's employment, including her hiring, firing, setting work schedule, establishing a pay rate or pay basis.

Paragraph 12: Denied. Harry Voltaire has never been an NMB employee.

Paragraph 13: Denied. As a non-NMB employee, Voltaire did not have the power to control the terms or conditions of Nantongo's employment, including her hiring, firing, setting work schedule, establishing a pay rate or pay basis.

Paragraph 14: NMB does not have any knowledge of any meetings between Nantongo and Johnny. Johnny was not hired by NMB until January 18, 2021. No NMB employee interacted with Natongo prior to December 2020, which was when Nantongo first appeared at the NMB Queens branch office for purposes of discussing potential future employment. Therefore, NMB cannot admit or deny the allegations in Paragraph 14. NMB did not have any employment relationship with Nantongo at any time, nor did NMB hire Nantongo or promise any rate of pay as alleged. NMB management personnel was completely unaware of any special arrangement made between Johnny and Nantongo.

3

Paragraph 15: NMB does not have any knowledge of any meetings between Nantongo and Johnny. Johnny was not hired by NMB until January 18, 2021. No NMB employee interacted with Natongo prior to December 2020, which was when Nantongo first appeared at the NMB Queens branch office for purposes of discussing potential future employment. Therefore, NMB cannot admit or deny the allegations in Paragraph 15. NMB did not have any employment relationship with Nantongo at any time, nor did NMB hire Nantongo or promise any rate of pay as alleged. Further, Johnny did not have the authority to hire employees at NMB. NMB management personnel was completely unaware of any special arrangement made between Johnny and Nantongo.

Paragraph 16: NMB does not have any knowledge of the meeting between Nantongo and Johnny described in this Paragraph. Johnny was not hired by NMB until January 18, 2021. Johnny also did not have the authority to hire employees at NMB and any such offer was not made by or on behalf of NMB.

Paragraph 17: NMB does not have any knowledge of the meeting between Nantongo and Johnny described in this Paragraph. Johnny was not hired by NMB until January 18, 2021. Johnny also did not have the authority to hire employees or establish employee pay rates and therefore any such offer was not made by or on behalf of NMB.

Paragraph 18: NMB admits that Nantongo was present in the NMB Queens branch in or around December 2020 for purposes of introduction to branch management, including Youssef and Voltaire. NMB denies that Nantongo performed any employment-related activities at that time and denies that Nantongo was hired by the company at that time.

Paragraph 19: NMB admits that Youssef agreed to train Nantongo if she were to apply and be hired by NMB. NMB states that, before anyone can be employed by NMB, they must submit an application and pass a background check (at a minimum). The discussion at this initial introduction was to inform Nantongo generally about what the company does and what position Nantongo could potentially apply for/be hired for. Nantongo was not offered employment with NMB at the encounter described in this Paragraph.

Paragraph 20: Denied. Youssef did not issue any employment-related tasks to Nantongo during the encounter described in this Paragraph. As discussed in NMB's response to Paragraph 18-19, Youssef was informing Nantongo about what the company does and discussing potential future employment for Nantongo (upon a successful application). Youssef did not issue any "assignments" to Nantongo. Rather, Youssef described what types of things Nantongo would need to do to be successful in the position of Business Development, which was the potential position for Nantongo being discussed at this December 2020 encounter. One of the things a Business Developer does is pursue "leads" (individuals and/or companies who are interested in obtaining a real estate loan) through their own network and/or relationship-building.

Paragraph 21: NMB admits that Nantongo may have made phone calls in an attempt to find "leads" (potential mortgage clients), but NMB denies that this was done at the direction or instruction of of Youssef or NMB. NMB does not know specifically how many phone calls Nantongo made or how much time she spent doing that.

4

Paragraph 22: NMB admits that in or around March 2021, Nantongo attended a meeting at the Queens branch office. At that time, Nantongo was provided with a telemarketing script as an example of what type of work she would do if she were to work with NMB. NMB denies that Nantongo was provided or required to undergo any ACRIS training.

Paragraph 23: NMB admits that in or around March 2021, Nantongo attended a meeting at the Queens branch office. NMB denies that Voltaire was an employee of NMB and denies that he played any role in issuing Nantongo any work on NMB's behalf and denies that he had the authority to make any representations on NMB's behalf.

Paragraph 24: NMB admits that Nantongo was issued a telemarketing script to use if she were to work to find "leads."   NMB admits that Nantongo may have made phone calls in an attempt to find "leads" but did so not at the instruction or direction of NMB nor Youseff.  NMB does not know specifically how many phone calls Nantongo may have made or how much time she spent doing so since it was not instructed by NMB.

Paragraph 25: NMB admits that Nantongo was issued a telemarketing script to use if she were to work to find "leads."   NMB admits that Nantongo may have made phone calls in an attempt to find "leads" but did so not at the instruction or direction of NMB nor Youseff.  NMB does not know specifically how many phone calls Nantongo may have made or how much time she spent doing so since it was not instructed by NMB. However, based on Nantongo's representation about how much time she spent making such phone calls and how much money she believe she is owed by NMB, NMB issued a check payment directly to Nantongo in the amount of $4,560.00 on March 9, 2022. (See **Exhibit 1**).

Paragraph 26: Denied. Youssef did not have the conversation described in this Paragraph with Nantongo. NMB admits that Nantongo issued a text message on or about May 6, 2021 to advise that she was owed compensation in the amount of $4,560.00. **Id**.

Paragraph 27: Denied. Youssef did not have the conversation described in this Paragraph with Nantongo. NMB admits that Nantongo issued a text message on or about May 6, 2021 to advise that she was owed compensation in the amount of $4,560.00. **Id**.

Paragraph 28: NMB admits that Nantongo issued a text message on or about May 6, 2021 to advise that she was owed compensation in the amount of $4,560.00. **Id**. Nantongo never made any claims for unpaid compensation to NMB Human Resources and it was therefore not aware that Nantongo was owed money for unpaid wages.

Paragraph 29: NMB admits that Nantongo was issued a telemarketing script to use to find "leads" and that she made phone calls to try to locate potential mortgage clients.

Paragraph 30: NMB admits that Nantongo made phone calls to try to find potential mortgage clients. NMB states that the text message referenced in this Paragraph speaks for itself. The "team" that Nantongo worked on is not important, as NMB admits that Nantongo made phone calls to find leads.

Paragraph 31: At this time, NMB is unable to verify Nantongo's conversation with Johnny. However, NMB admits that Nantongo made phone calls to try to find leads. Based on Nantongo's representation of the amounts she is owed, NMB has issued payment directly to her in the amount of $4,560.00.

Paragraph 32: NMB denies each allegation made in this Paragraph. Youssef does not permit the use of PPP loans for use as down payments. Youssef also did not have any conversation with Nantongo in the date referenced in this Paragraph.

Paragraph 33: NMB denies that the allegations in this Paragraph constitute sexual harassment. Nantongo and Johnny had a reciprocal personal friendship that was pursued by both parties. At no time did Nantongo take issue with any aspect of her personal friendship, but rather, she encouraged it. Further, as evidenced in text messages between Johnny and Nantongo, Nantongo requested to celebrate Johnny's birthday with him on April 8, 2021. (See **Exhibit 2**). NMB denies that there was ever any sexual harassment of Nantongo by any NMB employee. Furthermore, even if Nantongo's allegations were true, the text messages annexed to her Notice of Discrimination do not rise to the level to be deemed "harassment" required to survive dismissal. In these messages, Nantongo does not reject any conversations of a personal nature. NMB maintains very clear employment policies regarding sexual harassment, which is strictly prohibited. Employees undergo regular trainings on this issue. Further, Nantongo never raised this issue with any other NMB employee (including management personnel at the Queens branch) or NMB Human Resources.

Paragraph 34: Denied. (See Response to Paragraph 33).

Paragraph 35: Denied. (See Response to Paragraph 33).

Paragraph 36: NMB denies that the statement allegedly made by Johnny which is referenced in this text message is an admission of any kind, including sexual harassment. NMB incorporates the responses made herein regarding Nantongo's status as an employee of NMB and whether she was entitled to any unpaid compensation.

Paragraph 37: NMB incorporates the responses made herein regarding Nantongo's status as an employee of NMB and whether she was entitled to any unpaid compensation and, if so, how much. NMB refers to Nantongo's representation of how much compensation she is owed and states that it issued a check payment to Nantongo on March 9, 2022 based on that representation.

Paragraph 38: Denied. (See Response to Paragraph 33).

Paragraph 39: See Response to Paragraph 37.

Paragraph 40: NMB states that it is unclear what Nantongo refers to here as "Item 1." NMB incorporates the responses made herein regarding Nantongo's status as an employee of NMB and whether she was entitled to any unpaid compensation. Payment was issued to Nantongo on March 9, 2022 based on her representations of what she believed she was owed. NMB also incorporates the responses made herein in response to Nantongo's claims of sexual harassment.

Paragraph 41: See Response to Paragraph 40.

Paragraph 42: Denied.

Paragraph 43: Denied.


The statements herein are by and on behalf of NMB and are based on an internal investigation conducted, witness statements and documents.

_____  March 10, 2022

_Richard Steinberg_____, _____-
Nationwide Mortgage Bankers, Inc.