# Exhibit C

1. Script for Telemarketing

Hi Good Day. May I speak to _____ My name is _____ and I am calling from Nationwide Mortgage Bankers. The purpose of my call today is to make you aware that interest rates are currently at an all time low. They are not going to remain low forever. In fact, they are showing signs of rising. So, I am reaching out to people like yourself today who can take advantage of these low rates.

1. Are you still carrying that mortgage you opened in _____? If I am correct, you had an interest rate of _____%

2. Is this the property you are living at today or is this an investment property? What do you think the property is worth today? Pause and wait for their response……………

3. What is your current balance owed? Ok, I see you have some equity. Let's see how we can put that equity to use and reduce your interest rate. I'm quite sure that we could save you a considerable amount of money.

4. Are you current with your monthly payments and can you get your hands on your mortgage statement?

5. How is your credit? Wait for their response………..

6. What is your income situation, are you W-2 or are you self-employed?

7. May I have your email and telephone number to have someone get back to you? I am going to have someone give you a follow up call and they will send you some basic information of the documents that we need to move forward.

Thank you for your time and have a Good Afternoon or Good Evening!