UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

OLIVIA NANTONGO on behalf of herself and all
others similarly situated,

22-cv-04974 (MKB)(VMS)

                              Plaintiff,

**RULE 68 OFFER OF
JUDGMENT**

    -against-

NATIONWIDE MORTGAGE BANKERS, INC.

                             Defendant.

-------------------------------------------------------------------X

To:    Fred V. Charles, Esq.
       Charles Law, P.C.
       1612 Central Ave, 4th Floor
       Far Rockaway, New York 11691

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Nationwide Mortgage Bankers, Inc. ("Defendant") hereby offers to allow judgment in this action to be taken against it and in favor of Plaintiff, Olivia Nantongo ("Nantongo"), in the amount of Twenty-Thousand Dollars and Zero Cents ($20,000.00), which is inclusive of all unpaid wages, liquidated damages, statutory penalties, pre-judgment interest, and attorneys' fees and costs incurred by Nantongo in litigating her Fair Labor Standards Act and New York Labor Law claims to the date of this offer.

1. This Offer of Judgment is made by Defendant to fully and finally resolve all wage and hour claims, which were raised in Nantongo's Complaint, or which could have been raised by Nantongo against Defendant and its owners, principals, shareholders, officers, directors, and employees ("RELEASEES"). Such claims include claims under the Fair Labor Standards Act, as amended, 29 U.S.C. section 201 et. seq. and all related regulations and claims under the New York Labor Law and all related codes and regulations.

2.  If Nantongo accepts this Offer of Judgment, no further payment will be due from Defendant and RELEASEES with respect to this matter.

3.  This Offer of Judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure. Further, this Offer of Judgment and any entry of judgment resulting therefrom shall not constitute or operate as an acknowledgment or admission of any kind by Defendant and RELEASEES that they have committed any unlawful or wrongful acts.

4.  Acceptance of this Offer of Judgment will act to dismiss with prejudice all claims raised by Nantongo in this action.

5.  If these terms are accepted, judgment shall be entered by the Court upon the terms of this Offer of Judgment.

6.  This Offer of Judgment is made pursuant to Rule 68 of the Federal Rules of Civil Procedure and evidence of this Offer of Judgment is not admissible, except in a proceeding to determine attorneys' fees and costs.

7.  If Nantongo does not accept this Offer of Judgment, Nantongo may become obligated to pay costs and attorneys' fees incurred by Defendant after the making of this Offer of Judgment.

8.  If this Offer of Judgment is not accepted within fourteen (14) days after it is served, it will be deemed withdrawn.

Dated: Massapequa, New York
December 3, 2024

The NHG Law Group, P.C.

By: _Justin Reilly_____
Justin M. Reilly, Esq.
Attorneys for Defendant
4242 Merrick Road
Massapequa, New York 11758
(516) 228-5100

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

OLIVIA NANTONGO,                                            22-cv-04974 (MKB)(VMS)

Plaintiff,

-against-

NATIONWIDE MORTGAGE BANKERS, INC.

Defendant.
-------------------------------------------------------------------X

**JUSTIN M. REILLY, ESQ.**, an attorney duly admitted to practice law in the Eastern

District of New York, hereby affirms under penalties of perjury, that the following statements are

true:

I am the managing attorney of The NHG Law Group, P.C., attorneys for Defendant in

this action. On December 3, 2024, I served Defendant's Rule 68 Offer of Judgment for Plaintiff

Olivia Nantongo upon:

Fred V. Charles, Esq.
Charles Law, P.C.
1612 Central Ave., 4th Floor
Far Rockaway, New York 11691

By mailing the foregoing via USPS mail to the persons and/or entities at the address listed herein

by depositing a true copy thereof in a prepaid, properly addressed wrapper, in an official

depository under the exclusive care and custody of the United States Postal Service within the

State of New York.

Dated: Massapequa, New York
       December 3, 2024



Justin M. Reilly, Esq.
The NHG Law Group, P.C.
Attorneys for Defendant
4242 Merrick Road

Massapequa, New York 11758
(516) 228-5100

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OLIVIA NANTONGO on behalf of herself and all            22-cv-04974 (MKB)(VMS)
others similarly situated,

                          Plaintiff,

        -against-

NATIONWIDE MORTGAGE BANKERS, INC.

                          Defendant.
------------------------------------------------------------------X

### PLAINTIFF OLIVIA NANTONGO'S ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT

I, Olivia Nantongo, hereby accept Defendant, Nationwide Mortgage Bankers, Inc.'s Rule

68 Offer of Judgment attached hereto.

Dated: December __6__, 2024

_____
OLIVIA NANTONGO