**Tyrone Blackburn, ESQ**
**Attorney NJS-ID # 232602020**
**1242 East 80th Street, 3rd Floor**
**Brooklyn, NY 11236**
**(347) 342-7432**
*Attorney for Plaintiff,* Olivia Nantongo

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OLIVIA NANTONGO on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>V.<br><br>NATIONWIDE MORTGAGE BANKERS INC.<br>       Defendant. | CASE NO. 22-cv-04974<br>Civil Action<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the annexed Affirmation of Tyrone A. Blackburn, Esq., the annexed Affidavit of Plaintiff Olivia Nantongo, the exhibits attached thereto, and upon all prior pleadings and proceedings herein, Plaintiff will move this Court, before the Honorable Margo K. Brodie, Chief United States District Judge, at a date and time to be set by the Court, for an Order:

1. Pursuant to Fed. R. Civ. P. 60(b)(3) and the Court's inherent powers, vacating the Judgment entered December 9, 2024, and the Satisfaction of Judgment filed December 17, 2024, as having been procured by fraud, forgery, and misrepresentation.
2. Reinstating this action to the active docket as to Plaintiff Olivia Nantongo.
3. Issuing an Order to Show Cause directing Fred V. Charles, Esq. and Ralph Charles to appear and show cause why they should not be sanctioned, held in contempt, and referred for disciplinary and criminal investigation.
4. Directing immediate production of Plaintiff's complete case file, all settlement documents, releases, communications, and financial records.
5. Issuing an evidence preservation order.
6. Scheduling an evidentiary hearing, including testimony from Plaintiff, Fred Charles, Ralph Charles, and a handwriting expert; and
7. Granting such other and further relief as the Court deems just and proper.

Dated: Brooklyn, New York
January 22, 2026

            Respectfully submitted,

            */s/Tyrone A. Blackburn, Esq.*
            Tyrone A. Blackburn, Esq.
            Counsel for Plaintiff