**Tyrone Blackburn, ESQ**
**Attorney NJS-ID # 232602020**
**1242 East 80th Street, 3rd Floor**
**Brooklyn, NY 11236**
**(347) 342-7432**
*Attorney for Plaintiff,* Olivia Nantongo

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OLIVIA NANTONGO on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>V.<br><br>NATIONWIDE MORTGAGE BANKERS INC.<br>　　　　　　　　　Defendant. | CASE NO. 22-cv-04974<br>Civil Action<br><br>**PROPOSED ORDER** |

Upon Plaintiff's motion, and for good cause shown, it is hereby:

ORDERED that the Judgment entered December 9, 2024, and the Satisfaction of Judgment entered December 17, 2024, are VACATED pursuant to Fed. R. Civ. P. 60(b)(3); and it is further

ORDERED that this action is REINSTATED to the active docket as to Plaintiff Olivia Nantongo; and it is further

ORDERED that Fred V. Charles, Esq. and Ralph Charles shall appear before this Court on _____ to SHOW CAUSE why sanctions, contempt findings, and disciplinary referrals should not issue; and it is further

ORDERED that within 48 hours, Fred V. Charles and Ralph Charles shall produce Plaintiff's complete case file, all settlement documents, releases, communications, and financial records; and it is further

ORDERED that all parties shall preserve all evidence relating to this matter; and it is further

ORDERED that the Court shall conduct an evidentiary hearing regarding the authenticity and authorization of the purported settlement.

SO ORDERED.

Dated: _____

_____
Hon. Margo Brodie