**Tyrone Blackburn, ESQ**
**Attorney NJS-ID # 232602020**
**1242 East 80th Street, 3rd Floor**
**Brooklyn, NY 11236**
**(347) 342-7432**
*Attorney for Plaintiff,* Olivia Nantongo

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVIA NANTONGO on behalf of herself and all others similarly situated, <br>       Plaintiff, <br><br> V. <br><br> NATIONWIDE MORTGAGE BANKERS INC. <br>       Defendant. | CASE NO. 22-cv-04974 <br> Civil Action <br><br> **ATTORNEY AFFIRMATION OF** <br> **TYRONE A. BLACKBURN, ESQ.** |

I, Tyrone A. Blackburn, Esq., affirm under penalty of perjury:

1. I am counsel to Plaintiff Olivia Nantongo in connection with this motion.

2. Although I filed a notice of appearance in this action in January 2023, I was not lead counsel and had no involvement in settlement negotiations, discovery, or substantive litigation strategy. My role was limited to occasional in-court appearances as a professional courtesy to prior counsel, Fred Charles.

3. In mid-January 2026, Ms. Nantongo contacted me, stating she had just learned that her entire case had supposedly been settled and that she had never authorized such a settlement.

4. I downloaded and reviewed the docket with Ms. Nantongo.  The documents we reviewed included the Rule 68 Offer, the purported Acceptance, the Judgment, and the Satisfaction of Judgment.  Ms. Nantongo indicated she was viewing those documents for the first time.

5. Ms. Nantongo unequivocally denied authorizing or knowingly signing any acceptance or settlement.

6. I contacted defense counsel and obtained copies of checks showing that $45,000 was paid in total, including:

   o $28,000 to Ms. Nantongo
   o $5,000 to another plaintiff
   o $12,000 to Charles Law, P.C.

7. The amounts represented to the Court in the Rule 68 filings do not match the actual payments.

8. Fred Charles has refused to produce the client file, settlement documents, or proof of authorization, despite repeated requests.

9. Based on these facts, there is compelling evidence that the Judgment and Satisfaction were procured through fraud, misrepresentation, and possibly forgery.

10. This motion is therefore necessary to protect the integrity of the Court and the Plaintiff's rights.

Dated:  January 22, 2026

*/s/Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.