**Tyrone Blackburn, ESQ**
**Attorney NJS-ID # 232602020**
**1242 East 80th Street, 3rd Floor**
**Brooklyn, NY 11236**
**(347) 342-7432**
*Attorney for Plaintiff,* Olivia Nantongo

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVIA NANTONGO on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>V.<br><br>NATIONWIDE MORTGAGE BANKERS INC.<br>              Defendant. | CASE NO. 22-cv-04974<br>Civil Action<br><br>**AFFIDAVIT OF**<br>**OLIVIA NANTONGO** |

I, Olivia Nantongo, being duly sworn, depose and say:

1. I am the plaintiff in this action.
2. I submit this affidavit in support of my motion to vacate the Judgment and Satisfaction of Judgment entered in this case because I never authorized, approved, or signed any settlement resolving my claims, and the purported acceptance of the Rule 68 Offer of Judgment filed with this Court does not reflect my knowing or voluntary consent.
3. I never had any conversation with my former attorney, Fred V. Charles, Esq., about accepting any settlement, about the amount of any settlement, or about settling my sexual harassment and gender-motivated violence claims.
4. I was shocked to learn in January 2026 that my entire case had supposedly been settled.
5. I do not recall ever seeing or signing:
   - Any Rule 68 acceptance,
   - Any settlement agreement,
   - Any release,
   - Or any document authorizing settlement of my case.
6. I first learned my case had "settled" when Ralph Charles, who is not a lawyer, called me and told me the case had settled and later mailed a check to me for $28,000.
7. I never spoke to Fred Charles about this settlement before or after I received the check.
8. No one ever explained to me:
   - That my NYLL case was being settled.
   - That Nationwide made an offer of judgment of $20,000,
   - That my sexual harassment claims were never filed with the court as I requested.
   - The total settlement amount of the wage and hour case after they settled the case behind my back and informed me that I would be receiving a check in the mail for $28,000.

- o That Fred Charles would be paid 33.3% from my settlement funds, as I was under the impression that the NYLL and/or the FLSA required the employer to pay attorney fees of the employee for having to bring the wage and hour claims.
- o Or that my signature was supposedly required in order for me to receive the $28,000 payment, and that Fred and/or Ralph forged my signature on settlement documents.

9. I would never have agreed to settle my sexual harassment and gender-based violence claims for this amount of money, especially due to the way I suffered and due to the amount of evidence (audio recordings, text messages) I provided to Fred Charles.

10. When I confronted Fred Charles on January 14, 2026, and asked for my file and copies of what I supposedly signed, he promised to send it and never did.

11. To this day, no one has produced a single document. I have sent multiple emails and text messages, yet nothing has been provided.

12. I also observed that my WhatsApp and text messages to Fred Charles have now gone undelivered, as I suspect that Fred Charles has blocked my phone number. This is a really heartbreaking discovery, as I am afraid that he will destroy my documents and escape accountability for defrauding me, and forging my signature. (see Attachment 1).

13. The signature on the Rule 68 Acceptance filed with the Court does not reflect my knowing, intentional execution of that document, and I believe it was placed there without my authorization.

14. I respectfully ask this Court to vacate the judgment, reopen my case, and investigate what happened.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2026

Olivia Nantongo (Jan 22, 2026 21:43:00 GMT+1)

Olivia Nantongo