# Attachment 1

2:28

 
**Olivia Nantongo**

Fred, Ralph, and Tyrone,

I created this group message because I need immediate and clear answers about what is happening with my cases.

Fred, after our call on January 14, 2026, I was left extremely confused and concerned. Fred, you stated that the $28,000 check that Ralph gave me last year was payment resolving both my employment wage claims and my sexual harassment claims.

That raises several serious issues:

1.   No Settlement Authorization or Signatures
I do not recall ever signing any settlement agreement closing out my sexual harassment case, and frankly, I do not recall signing any settlement documents for the employment case either. If my recollection is incorrect, then please immediately provide me

2:29

 
1.    No Settlement Authorization or Signatures
I do not recall ever signing any settlement agreement closing out my sexual harassment case, and frankly, I do not recall signing any settlement documents for the employment case either. If my recollection is incorrect, then please immediately provide me with copies of every document that allegedly bears my signature and purports to settle either case.

2.    Demand for My Complete File
Fred, I have already asked you for my complete file for both matters, including all documents, evidence, communications, pleadings, and settlement-related materials for both the employment wage and hour case and the sexual harassment case. I gave both you and Ralph a significant amount of evidence, and I want all of it returned to me.

You told me on January 14, 2026 that you would send my file to me



**2:29**

 
You told me on January 14, 2026 that you would send my file to me after our call. I have still received nothing. I need these documents immediately so I can understand exactly what has been done and evaluate my options, including protecting my rights before the statute of limitations expires on the sexual harassment claim.  Tyrone, you were not part of that call, but if you have any of these documents and evidence in your possession,...

**Read more**                    6:24 AM

Good morning Olivia,

I am a little confused by this.  Ralph and Fred worked on your case with Nationwide.  I did not have access to any files, documents or filings.  I didn't even know it settled.  I will go on the docket and see what I can figure out.                    10:32 AM ✓✓

You added Ra

I am reposting each message as I just added Ralph:  Fred, Ralph, and Tyrone,

Case 1:22-cv-04974-MKB-VMS   Document 50   Filed 01/23/26   Page 5 of 9 PageID #: 525

You added Ra

I am reposting each message as I just added Ralph:  Fred, Ralph, and Tyrone,

I created this group message because I need immediate and clear answers about what is happening with my cases.

Fred, after our call on January 14, 2026, I was left extremely confused and concerned. Fred, you stated that the $28,000 check that Ralph gave me last year was payment resolving both my employment wage claims and my sexual harassment claims.

That raises several serious issues:

1.   No Settlement Authorization or Signatures
I do not recall ever signing any settlement agreement closing out my sexual harassment case, and frankly, I do not recall signing any settlement documents for the employment case either. If my

2:29

< 21   **Regarding My Cases**
Olivia, Ra, You

**1. No Settlement Authorization or Signatures**

Saturday

I do not recall ever signing any settlement agreement closing out my sexual harassment case, and frankly, I do not recall signing any settlement documents for the employment case either. If my recollection is incorrect, then please immediately provide me with copies of every document that allegedly bears my signature and purports to settle either case.

**2. Demand for My Complete File**

Fred, I have already asked you for my complete file for both matters, including all documents, evidence, communications, pleadings, and settlement-related materials for both the employment wage and hour case and the sexual harassment case. I gave both you and Ralph a significant amount of evidence, and I want all of it returned to me.

You told me on January 14, 2026 that you would send my file to me

Case 1:22-cv-04974-MKB-VMS    Document 50    Filed 01/23/26    Page 7 of 9 PageID #: 527

You told me on January 14, 2026 that you would send my file to me after our call. I have still received nothing. I need these documents immediately so I can understand exactly what has been done and evaluate my options, including protecting my rights before the statute of limitations expires on the sexual harassment claim.  Tyrone, you were not part of that call, but...

**Read more**                    10:34 AM ✓✓

**Olivia Nantongo**

I added you cause Ralph said you were involved so I would appreciate it if you can share whatever information you have on my cases. Thanks                    10:35 AM

Repost from Tyrone: Good morning Olivia,

I am a little confused by this.  Ralph and Fred worked on your case with Nationwide.  I did not have access to any files, documents or filings. I didn't even know it settled.  I will go on the docket and see what I can figure out.                    10:35 AM ✓✓

**Regarding My Cases**
Olivia, Ra, You

Repost from Tyrone: Good morning Olivia,

I am a little confused by this. Ralph and Fred worked on your case with Nationwide. I did not have access to any files, documents or filings. I didn't even know it settled. I will go on the docket and see what I can figure out.  10:35 AM ✓✓

**Olivia Nantongo**
I already added Ralph  10:35 AM

I just haven't heard from him yet
10:36 AM

**Olivia Nantongo**
I added you cause Ralph said you were involved so I would appreciate it if you can share whatever information you have on...

I will pull the docket and see what I can find.

In the meantime FRED and RALPH you need to compile her documents and email them to her NOW!  10:36 AM

2:30

< 21  **Regarding My Cases**
Olivia, Ra, You

to any files, documents or filings.  I didn't even know it settled.  I will go on the docket and see what I can figure out.   10:35 AM

**Olivia Nantongo**
I already added Ralph   10:35 AM

I just haven't heard from him yet   10:36 AM

**Olivia Nantongo**
I added you cause Ralph said you were involved so I would appreciate it if you can share whatever information you have on…

I will pull the docket and see what I can find.

In the meantime FRED and RALPH you need to compile her documents and email them to her NOW!   10:36 AM

**Olivia Nantongo**
I honestly don't get it, like what's the big deal with sharing my documents?   10:37 AM

Anyway thanks for responding, I appreciate it   10:37 AM

+