# Attachment 2

2:40

## Cancel    Search past members

 Search

### Past members

 **Fred Charles**
Left 1/17/26 at 10:43 AM

People who left or were removed in the last 60 days.
**Learn more**