# Attachment 3

T.A. Blackburn, LLC. Mail - Case 1:22-cv-04974-MKB-VMS Nantongo v. Nationwide Mortgage Bankers Inc          1/21/26, 11:28 PM

 Gmail                                    Tyrone Blackburn <tblackburn@tablackburnlaw.com>

## Case 1:22-cv-04974-MKB-VMS Nantongo v. Nationwide Mortgage Bankers Inc

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                Wed, Jan 21, 2026 at 3:55 PM
To: Justin Reilly <justin@nhglaw.com>
Cc: "Fred V. Charles" <fcharles@charleslawpc.com>, Ralph Charles-AIPAC <ralph.charles@alteredex.com>, "onantongo@gmail.com" <onantongo@gmail.com>, Victoria Spagnolo <vspagnolo@nhglaw.com>, RALPH CHARLES <RALPH.CHARLES@eeoc.gov>

Good afternoon Justin and Victoria,

I am following up one last time to get a copy of all settlement documents in your possession that bears the signature of Olivia Nantongo. Your cooperation would be greatly appreciated.

Regards,

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Tue, Jan 20, 2026 at 10:25 AM Tyrone Blackburn <tblackburn@tablackburnlaw.com> wrote:
> Hi Justin and Victoria,
>
> This is my last good faith follow-up before I seek intervention from Judge Brodie.  Fred and Ralph Charles are both on this email chain and they are intentionally ignoring the requests for Ms. Nantongo's records.  This fact will be raised with Judge Brodie as well.
>
> Regards,
>
> *Tyrone A. Blackburn, Esq.*
> T. A. Blackburn Law, PLLC
> 1242 East 80th Street, 3rd Floor
> Brooklyn, NY 11236
> P: 347-342-7432
> E: info@tablackburnlaw.com
> _____
> _____
> Please note that using the Internet for communications with the firm will not establish an

Case 1:22-cv-04974-OEM-VMS    Document 50-2    Filed 01/23/26    Page 3 of 7 PageID #: 534

attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Mon, Jan 19, 2026 at 9:25 PM Tyrone Blackburn <tblackburn@tablackburnlaw.com> wrote:

Hi Justin,

Just following up to see if you have a copy of the settlement agreement, the 1099 form, and any other documents that you or Victoria received from Fred or Ralph Charles, which may bear Olivia Nantongo's signature. I will file a letter on the docket tomorrow evening advising Judge Brodie of what has transpired and ask for the court to hold a show cause hearing so we can get to the bottom of the fraudulently signed acceptance of judgment, which purports to bear Ms. Nantongo's signature.

Currently, I do not believe that you or your firm did anything nefarious and may have been misled by Fred Charles and or his brother, Ralph Charles, and you may have innocently relied on Fred and Ralph's misrepresentations in closing out this case for your clients. You and your firm had no reason to know and or believe that the signature on the settlement documents you received from Fred and or Ralph Charles was fraudulent.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC

1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____

_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this medium.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Mon, Jan 19, 2026 at 10:58 AM Tyrone Blackburn <tblackburn@tablackburnlaw.com> wrote:

Thank you for sharing this, Justin.

You are correct, I was on the docket, but I was not in any communication with you and Fred concerning the settlement discussions. I did not see any of the settlement documents, nor was I made aware of what the case settled for. That was all, Fred.

Do you have a copy of the settlement agreement, the 1099 Form (if applicable), or any other document that bears Ms. Nantongo's signature? We are having difficulty obtaining these records from Fred Charles or his brother Ralph Charles (the individual who handed Ms. Nantongo the $28,000 check). We believe that either Fred or his brother Ralph forged Ms. Nantongo's signature on the settlement documents. We are asking for your cooperation in this matter before we move forward and involve the

court.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____

_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Mon, Jan 19, 2026 at 9:58 AM Justin Reilly <justin@nhglaw.com> wrote:

Good morning Tyrone,

You filed a notice of appearance in the EDNY on behalf of Ms. Nantongo on January 9, 2023 and received every bounce on the case since then. You need to have a conversation with your co-counsel, Fred Charles, about your co-representation of Ms. Nantongo in this case. I am attaching copies of the settlement checks. A check was made payable to Ms. Nantongo in the amount of $28,000.00 for settlement of all her claims, including any claims under Title VII, the NYSHRL and the NYCHRL. Please check with Ms. Nantongo about receiving this money and let

me know if you want my client to get a copy of the deposited check with endorsement on it. Have a good day. Justin

---

**From:** Tyrone Anthony Blackburn, Esq. <tblackburn@tablackburnlaw.com>
**Sent:** Saturday, January 17, 2026 3:34 PM
**To:** Fred V. Charles <fcharles@charleslawpc.com>; Ralph Charles-AIPAC <ralph.charles@alteredex.com>; Justin Reilly <justin@nhglaw.com>; onantongo@gmail.com <onantongo@gmail.com>; Victoria Spagnolo <VSpagnolo@nhglaw.com>
**Subject:** Case 1:22-cv-04974-MKB-VMS Nantongo v. Nationwide Mortgage Bankers Inc

Good afternoon Justin and Victoria,

I am Attorney Tyrone Blackburn, and I represent Olivia Nantongo, who is cc'd on this email. I am writing to you to request a copy of all documents and correspondence you received from Fred Charles, cc'd here, the former counsel of Ms. Nantongo.

Ms. Nantongo has come to learn that Fred Charles and his brother (non-lawyer) Ralph Charles (EEOC Federal employee) may have forged her signature on the Acceptance of Offer, of Judgment filed in this case. Ms. Nantongo never received or signed the acceptance of the $20,000.00 offer of judgment, which was filed on the docket.

Additionally, upon review of the pleading filed on Ms. Nantongo's behalf, there are no claims of sexual harassment which she instructed Fred Charles to file.  Ms. Nantongo provided Fred and Ralph Charles with substantial evidence to corroborate her sexual assault claims. Are you aware of Ms. Nantongo's sexual harassment claims against your client? If not, be advised that we are preparing to file NYS/CHRL, VGMVA, and other related claims against your clients in the New York State Supreme Court.  Please accept this as a preservation notice to all defendants in the above-captioned complaint to preserve and not destroy all text messages, emails, and communications with and or concerning Ms. Nantongo—especiallyany 1099 forms, confidentiality agreements, etc.

I know this may come as a surprise to you and your clients.  We are prepared to file a motion with Judge Brodie on Tuesday for a show-cause hearing and possible criminal referrals to the EDNY prosecutors' office for Fred and Ralph Charles, based on what we believe is fraud upon the court, forgery, and other applicable statutes.

Prior to us filing the show cause motion, can you please send me all settlement-related documents between you and Fred Charles concerning Ms. Nantongo, as well as all other documents that may bear Ms. Nantongo's signature?

If you would like to schedule a call prior to the filing of the show cause motion on Tuesday, please call or text me at 347-342-7432.

Regards,


*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
TABlackburnlaw.com
_____
Please note that using the internet to communicate with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this medium.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and/or the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of any information in this transmission or the taking of any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by reply e-mail and then destroy all copies of this transmission. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based upon the limited facts presented to this firm.