# Attachment 4

Nationwide Mortgage Bankers, Inc.                    Bank PeaPack 2038                    **Check Number: 27599**

| **Document No.** | **Date** | **Description** | **Amount** |
|---|---|---|---|
| NANTONGO & GRAHAM 12.13.2024 | 12/13/2024 | | 12,000.00 |

Paid To:  Charles Law, P.C.
Date:  December 13, 2024

_____
**$12,000.00**

---


**Nationwide**
Mortgage Bankers Inc

310 A Main Street
Lebanon, NJ 08833

PeaPack 2038
500 Hills Drive Suite 300
Bedminster , NJ 07921
United States

**Check Number: 27599**

**December 13, 2024**          **$******12,000.00**

****TWELVE THOUSAND AND 0/100 US DOLLARS**

Pay to the   Charles Law, P.C.
Order of:    1428 Granada Place
             Far Rockaway , NY 11691

Details on Back.

Security Features Included

⑈000 27599⑈  ⑆021205237⑆  8000 92038⑈

**Nationwide Mortgage Bankers, Inc.**                     Bank PeaPack 2038                     **Check Number: 27601**

| Document No. | Date | Description | Amount |
|---|---|---|---|
| GRAHAM 12.13.2024 | 12/13/2024 | | 5,000.00 |

Paid To:  Sharon Graham                                                                                          **$5,000.00**
Date:  December 13, 2024

---



**Nationwide**
Mortgage Bankers Inc

310 A Main Street
Lebanon, NJ 08833

PeaPack 2038
500 Hills Drive Suite 300
Bedminster , NJ 07921
United States

**Check Number: 27601**

**December 13, 2024**                    **$*******5,000.00**

****FIVE THOUSAND AND 0/100 US DOLLARS**

Pay to the   Sharon Graham
Order of:    201 Linden Blvd
             C16
             Brooklyn , NY  11226

Details on Back.

Security Features Included

⑂"000 27601⑂"    ⑂:021205237⑂:  800092038⑂"

**Security Features exceed industry standards and include:**
- MobileMark℠: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave® pattern on back designed to deter fraud
- Microprint (*MP*) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock Icon visible on front and back

**Do not cash if:**
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**Nationwide Mortgage Bankers, Inc.**                  Bank PeaPack 2038                  Check Number: **27600**

| Document No. | Date | Description | Amount |
|---|---|---|---|
| NANTONGO 12.13.2024 | 12/13/2024 | | 28,000.00 |

Paid To: Olivia Nantongo
Date: December 13, 2024

**$28,000.00**

---

**Nationwide**
Mortgage Bankers Inc

310 A Main Street
Lebanon, NJ 08833

PeaPack 2038
500 Hills Drive Suite 300
Bedminster , NJ 07921
United States

Check Number: **27600**

December 13, 2024                  $******28,000.00

****TWENTY EIGHT THOUSAND AND 0/100 US DOLLARS**

Pay to the    Olivia Nantongo
Order of:     1064 East 38TH Street
              Brooklyn , NY  11210

Details on Back.

Security Features Included

⑆000 27600⑆    ⑈021205237⑈    8000 92038⑆

**Security Features exceed Industry standards and include:**
- MobileMark℠ Mobile Deposit:check mark to indicate check has been deposited via mobile device
- The Security Weave® pattern on back designed to deter fraud
- Microprint (*MP*) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock Icon visible on front and back

**Do not cash if:**
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE