# CHARLES LAW, P.C.

**Attorneys at Law**

_____

Member of the New York Bar

January 28, 2026

Via ECF
Hon. Margo K. Brodie
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Nantongo et al. v. Nationwide Mortgage Bankers*, 1:22-cv-04974(MKB)(VMS)
     Request for Extension of Time

Dear Judge Brodie:

The purpose of this letter is to respectfully request an extension of time to respond to the letter motion filed by Olivia Nantongo, dated January 22, 2026.  I request an extension of time until February 17, 2026 to file a response.  The reason for this request is that Ms. Nantongo has lodged very serious allegations against me and Ralph Charles, a non-attorney, that require some time to research the nature and origin of Ms. Nantongo's baseless motion, which I suspect I know, but it will take some time to present the actual facts to the Court.  I have been a licensed attorney for approximately 20 years, and I have never had any issue with any client or any disciplinary matters

Preliminarily, I can say that Ms. Nantongo contacted me via email on January 14, 2026 requesting an update on her "sexual harassment case."  This was an odd question considering the fact  that I never filed a sexual harassment case in court for Ms. Nantongo. This action had four causes of action relating to wage and hour claims. Ms. Nantongo received a total of $28,000 out of total proceeds from the defendant of $45,000 for this wage and hour matter.  On April 6, 2023, the parties, including Ms. Nantongo, participated in a three-hour court ordered FLSA mediation session.   Therefore,Ms. Nantongo was fully aware of the claims brought against the defendant in this action.  In any event, I and Ralph Charles respectfully request that the Court grant the requested extension to address these allegations.

Thank you for your consideration of this matter.

CHARLES LAW, P.C.

Fred V. Charles, Esq.
244 Fifth Ave., Suite #2717
New York, New York 10001-7604
Phone: (646) 494-2662
Fax:    (800) 757-9630
Email: fcharles@charleslawpc.com