# Exhibit C

Wed, Jan 14 at 12:28 PM

Tyrone Blackburn

**Laugh today, cry tomorrow.**

Text Message · SMS