# Exhibit D



---

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Monday, January 26, 2026 8:46 PM
**To:** Alban D <alban@ldlawpc.com>; CharlesLaw <fcharles@charleslawpc.com>; Ralph Charles-AIPAC <ralph.charles@alteredex.com>; RALPH CHARLES <RALPH.CHARLES@eeoc.gov>
**Subject:** Fwd: Activity in Case 1:22-cv-04974-MKB-VMS Nantongo v. Nationwide Mortgage Bankers Inc Order on Motion to Vacate

Hi Alban,

I am sending you this email as a courtesy as I highly doubt that Fred and or Ralph informed you that they forged a clients signature on settlement documents, and filed it to a federal docket.  Now they are refusing to provide the client with her entire case file, and other documents related to her case.  Apparently, Ralph has been going around telling people that he is a licensed attorney when he is not.

They now have until 1/30/2026 to provide answers to Chief Judge Margo Brodie of the EDNY concerning their actions.  If I were you, I would pay close attention to all of their actions in any case you are attached to them as they like to engage in underhanded unethical practices. I know you are on the docket for the Citadel case.  Just be very careful.  They are reckless, and sloppy and would not care if their actions have a detrimental impact on your license to practice law.  You do not want to have your license to practice law caught up with them.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

---

_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.