February 8, 2026

**Response to Tyrone Blackburn letter**

I read Mr. Blackburn's letter to the court, and I do know Ms. Nantongo; she was a friend, and I have not seen her in about one year.  In the past, like good friends, we traveled together, did road trips to attend conferences, went to dinner, and hosted barbecues, which Mr. Blackburn also attended.

I do not see Ms. Nantongo's affidavit on the docket, but there are clear discrepancies in Mr. Blackburn's letter.  I have been quoted making representation about legal fees and tax allocation.  I did not make those statements.  The check was not mailed; as a courtesy, I delivered it to her to avoid the additional delay by postage.

Next, I highly doubt Ms. Nantongo, currently residing overseas, reached out to Mr. Blackburn; it's the reverse—Mr. Blackburn reached out to Ms. Nantongo like he did to the commission staff and other people we know in common.  This current exchange before the court is a Blackburn initiative. Mr. Blackburn has been on a campaign to discredit me ever since he wanted to remove my brother Fred Charles from a case where he was co-counsel with Mr. Blackburn (*Muhammad, et al. v. Alto Pharmacy, LLC*, et al, 23-cv-11315).  I do not believe Ms. Nantongo is aware of the unhinged and inappropriate text messages he sent Fred and me.  Sending inappropriate and harassing messages is not uncommon with Mr. Blackburn. See Exhibit A.

It is quite the revisionist history for Mr. Blackburn to share that he was unaware of the negotiations.  This is a complete farce; of course he knew all along the way; he received the correspondences.  Yet, I can understand he may have forgotten given his current mental state.  In a letter that has not been rescinded nor modified to Judge Kemper on December 3, 2025, Mr. Blackburn informed the court there are "circumstances that necessitate my withdrawal from active practice and my pending matters before this Court." Further, he is "experiencing severe depression, anxiety, and inability to sleep, which have rendered me unable to provide my clients with the quality of representation they deserve and to which they are entitled." see Exhibit B.

Mr. Blackburn is indeed going through an ordeal; in addition to the situations in the letter, a survey of his cases shows he has been admonished by the court for incompetence, sanctioned three times, opposing additional sanction motions, facing criminal charges, being sued for defamation, missing deadlines with some cases being dismissed, etc.

I do thank Mr. Blackburn for bringing to our attention that he is not fit to practice. Moreover, I concur with his assessment in the letter to Judge Kemper that he should leave the legal profession and concentrate on seeking treatment for his mental health.

As for the EEOC, Mr. Blackburn is clearly lying to the court when he says "According to information provided to me,…." He wasn't given any information; the delusional allegations were made by Mr. Blackburn. I denied them and the investigation is ongoing. I've been affiliated with the commission for twenty-one years and on staff for just about sixteen years. I have had no issues until the Blackburn complaint.

Regards,

/s/ Ralph Charles