# Exhibit A

Case 1:22-cv-04974-MKB-VMS  Document 56-2  Filed 02/08/26  Page 2 of 2 PageID #: 611

464



**4 People**

Fred, ... you all the grace I am going to extend. You need to submit your final notice of withdrawal today.  You have Ralph pretending to be a lawyer, using your license and forging your signature (and presumably others') on notarized documents, and filing these forged instruments on court dockets.  I do not want to expose these clients to that. So you need to withdraw your representation NOW!

Wed, Jan 14 at 6:53 AM



Fred, thank you for finally withdrawing from the class action.  Please provide your hours for the work you performed on the case up to this date, and I will make sure you are compensated when this case is finally resolved

Wed, Jan 14 at 9:28 AM

Laugh today, cry tomorrow.

Subject

Text Message • SMS