# CHARLES LAW, P.C.

### Attorneys at Law

_____
Member of the New York Bar

February 25, 2026

Via ECF
Hon. Vera M. Scanlon
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Nantongo et al. v. Nationwide Mortgage Bankers*, 1:22-cv-4974  (MKB)(VMS)
    Confirmation of Mailing

Dear Judge Scanlon:

The purpose of this letter is to confirm that, as directed by the Court on February 18, 2026, my office has mailed Olivia Nantongo's client file, including all settlement-related documents, to her counsel Tyrone Blackburn at: 1242 East 80th St., Apt. #3, Brooklyn, NY 11236. The documents were sent via United Parcel Service Ground.

Thank you for your consideration of this matter.

Respectfully submitted,

. Fred V. Charles, Esq.