# T. A. BLACKBURN LAW

### TYRONE A. BLACKBURN

_____

MEMBER OF
NY & NJ BAR

_____

FEDERAL MEMBERSHIP
EDNY, SDNY, & DNJ

_____

1242 EAST 80TH STREET, 3RD FLOOR
BROOKLYN, NY 11236

March 16, 2026

Via ECF
The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Nantongo v. Nationwide Mortgage Bankers, Inc.*,
Case No. 1:22-cv-04974-MKB-VMS
Request for 7-Day Extension of Time to File Supplemental Submission

Dear Judge Scanlon:

Counsel for Plaintiff Olivia Nantongo respectfully submits this letter requesting a brief seven (7)-day extension of the March 18, 2026, deadline to file Plaintiff's supplemental submission, up to and including March 25, 2026.

### Basis for the Request

Plaintiff retained forensic handwriting expert Kathy S. Carlson, C.F.D.E., C.Q.D.E., of Western Forensic Document Examiner, LLC, to examine the questioned documents in this matter. Ms. Carlson has commenced her examination but requires a brief additional period to finalize her written report and supporting exhibits.

The requested seven-day extension is narrow, will not prejudice any party, and leaves Defendant's April 10, 2026, response deadline unaffected. This is Plaintiff's first request for an extension of this deadline.

Kind regards,

*/s/Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.

 347-342-7432   ✉ tblackburn@tablackburnlaw.com   ⊕ TABlackburnlaw.com