# Exhibit B

Case 1:22-cv-04974-MKB-VMS   Document 1-1   Filed 08/23/22   Page 2 of 14 PageID #: 14
0103

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

_____ and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms.. Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Olivia Nantongo** | **(404) 918-7709** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **1064 E 38th St. Brooklyn, NY 11210** | |

**c/o Fred V. Charles, Esq, counsel for Olivia Nantongo, fcharles@charleslawpc.com  (646) 494-2662**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees. Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Nationwide Mortgage Bankers** | **300+** | **(516) 208-4176** |

| | City, State and ZIP Code |
|---|---|
| **68 S Service Rd Suite #400, Melville, NY 11747** | |

| Name | No. Employees. Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                Latest
**May 2021**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

### See attached affidavit.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |

| 01/21/22 | _____ |  | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* | **FRED V. CHARLES** |
|---|---|---|---|---|
| Date | Charging Party Signature | | 01/21/22 | Notary Public   State of New York<br>No. 02CH6423718<br>Qualified in Queens County<br>My Commision Expires 10/28/2025 |