UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| |
|---|
| OLIVIA NANTONGO, *on behalf of themselves and all others similarly situated,*<br><br>                                   Plaintiffs,<br><br>       -against-<br><br><br><br>NATIONWIDE MORTGAGE BANKERS, INC.<br>                              Defendant. |

Civil Action No.: 1:22-cv-4974 (OEM)(VMS)

## DECLARATION OF FRED V. CHARLES

I, Fred V. Charles, do hereby declare and state, under the penalty of perjury, as follows:

1.     I am an attorney duly admitted to practice law before this Court, and in the courts of the State of New York.

2.     I was co-counsel with Tyrone Blackburn to plaintiff Olivia Nantongo, ("Nantongo" or "Plaintiff") in the underlying action.

3.     I submit this declaration in support of my opposition to Ms. Nantongo's motion to vacate the satisfaction of judgment entered in this action on December 9, 2024. (ECF No. 44).

4.     I met Ms. Nantongo through my brother Ralph Charles, who at the time was a close personal friend of Ms. Nantongo.

5.     Ms. Nantongo requested my assistance with Defendant Nationwide Mortgage Bankers, Inc. ("NMB" or "Defendant"), where she claimed she worked for several months without compensation. Ms. Nantongo also claimed she was sexually harassed by her NMB supervisor.

1

6.      On August 10 and August 12, 2021, I emailed my retainer agreement to Ms. Nantongo for her review.

7.      See a true and correct copy of the emails attached hereto as **Exhibit A**.

8.      On February 1, 2022, I filed a U.S.  Equal Employment Opportunity Commission ("EEOC") charge of discrimination against NMB for the alleged sexual harassment.

9.      NMB vigorously contested her allegations and refused EEOC mediation.  I decided not to move forward with Ms. Nantongo's sexual harassment claims because I did not believe her claims met the standard of claims that should be filed in federal court.

10.      However, NMB 's EEOC Position Statement did provide an opening to establish that she was an NMB employee who was not properly compensated for several months work.

11.      Ms. Nantongo commenced this action for, *inter alia,* violation of the FLSA and NYLL on August 23, 2022. (ECF No. 1).

12.      On January 9, 2023, Tyrone Blackburn filed a notice of appearance on behalf of Ms. Nantongo. (ECF No. 12).

13.      On March 7, 2023, this Court referred this action to court-ordered FLSA mediation.

14.      On April 6, 2023, the parties, including me, Ms. Nantongo, NNB's outside counsel and in-house counsel, participated in the FLSA mediation.  The case did not settle, but Ms. Nantongo informed me the dollar amount range where she would settle the case.

15.      On or around November 8, 2024, during a court-ordered meet and confer with opposing counsel, NMB offered an amount within Ms. Nantongo's range to settle her wage and hour claims.

16.     The total settlement amount was for $45,000.  $28,000 went to Ms. Nantongo. $5000 went to an opt-in plaintiff.  $12,000 went to legal fees.  Legal fees were 27% of the total settlement amount, which is lower than my usual rate of 35%.

17.     Ms. Nantongo received her check and closing documents through personal delivery.

18.     I did not hear anything from Ms. Nantongo for over one year, but Mr. Blackburn's unhinged text messages foreshadowed what was to come.

19.     On December 20, 2025, Mr.  Blackburn sent a text message to me informing me that, according to "people" who had approached him, Ralph Charles was acting as an unlicensed attorney.  A true and correct copy of the December 20, 2025 text message from Tyrone Blackburn is attached hereto as **Exhibit B**.

20.     Mr. Blackburn sent another text message to me claiming that I had Ralph Charles pretending to be a lawyer.  See a true and correct copy of Mr. Blackburn's text message attached hereto as **Exhibit C**.

21.     On December 23, 2025, Mr. Blackburn sent an email to the Chair of the EEOC, two EEOC commissioners and several of Ralph Charles's colleagues claiming that Ralph Charles was pretending to be a licensed attorney, was referring EEOC cases to me, and that Mr. Blackburn was paying him for EEOC referrals.  Mr. Blackburn indicated in the email that he also *called* EEOC headquarters in Washington DC.  See a true and correct copy of Mr. Blackburn's emails to the EEOC attached hereto as **Exhibit D**.

22.     Mr. Blackburn's text messages and emails only grew more threatening and disturbing from there.

23.     Mr. Blackburn has engaged in cyber-stalking by continuously using Ralph Charles's government-issued email address for the improper purposes of harassment and stalking. In fact, on Tuesday, February 10, 2026, Mr. Blackburn copied Ralph Charles' government email address on an email to Your Honor's chambers email address.  See a true and correct copy of the Tuesday, February 10, 2026 email attached hereto as **Exhibit E**.

24.     On January 13, 2026, Mr. Blackburn sent another text message.  This was only one day before Ms. Nantongo reached out for an update on her non-existent sexual harassment case. Mr. Blackburn advised me to get CNA or Chubb insurance because they pay the highest settlements.  And Mr. Blackburn stated, "And you can think your brother Ralph.  See a true and correct copy of the text messages attached hereto as **Exhibit F**.

25.     Mr. Blackburn over time sent various other text messages with threats and statements that divorced from reality.  One of the most chilling was that I would "laugh today, cry tomorrow."  See a true and correct copy of Mr. Blackburn's threatening text messages attached here too as **Exhibit G**.

26.     Mr. Blackburn then embarked on sending the same bizarre and disturbing messages to colleagues of mine.  Mr. Blackburn sent one such email to an attorney who I was co-counsel. See a true and correct copy of Mr. Blackburn's email to Alban Dunisha, Esq. attached hereto as **Exhibit H.**

27.     Mr. Blackburn has a history of misconduct that includes unhinged outbursts that are not acceptable for an officer of the court.

28.     See a true and correct copy of an extremely vile and disturbing message sent to a formal female client of Mr. Blackburn attached hereto as **Exhibit I**.

4

29.     I have taken Mr. Blackburn's threats very seriously considering that he is currently under indictment in Kings County for felony assault.  See a true and correct copy of an article related to the story attached hereto as **Exhibit J.**

30.     Finally, on December 3, 2026, only a few weeks before his unhinged text messages began, Mr. Blackburn filed a letter with a federal district court, indicating that he was obligated to withdraw from the practice of Law due to his mental health struggles.  See a true incorrect copy of Mr. Blackburn's letter attached hereto as **Exhibit K.**

Dated:  New York, New York
        April 17, 2026

CHARLES LAW, P.C.

/s/ Fred V. Charles
Fred V. Charles, Esq.
244 Fifth Ave., Suite #2717
New York, NY 10001
Telephone: (646) 494-2662
Email: fcharles@charleslawpc.com