# Exhibit A

# CHARLES LAW, P.C.

**Attorneys at Law**

Fred V. Charles, Esq.
_____
Member of the New York Bar

August 10, 2021

Olivia Nantongo
1064 East 38th Street
Brooklyn, NY, 11210

RE:    Retainer Agreement

Dear Ms. Nantongo:

This retainer agreement is furnished to you in accordance with Part 1215 of the Joint Rules of the Appellate Division.

Thank you for selecting Charles Law, P.C. ("Firm") to represent you with respect to respect to your causes of action against Nationwide Mortgage Bankers ("Nationwide") and Trevor Johnny, in his personal capacity. This letter will confirm our recent discussion regarding the scope and terms of this engagement. Having reviewed with you the Statement of Client's Rights and the Statement of Client's Responsibilities, we have undertaken your representation in connection with the matter[s] described below:

SCOPE OF REPRESENTATION

The Firm will seek on your behalf remedy from Nationwide for gender discrimination, sexual harassment, theft of wages, misclassification of employment, and other adverse actions committed by Nationwide and/or Trevor Johnny.

The representation you have sought from Charles Law, P.C. may be time-consuming. As with any estimate, the steps and time parameters may alter with time as events unfold of which we are presently unknown, or which are not within our control.

All my services in this matter will end, unless otherwise agreed upon in a writing signed by us, when there is a final agreement, closing, settlement, decision, or judgment by the court. Not included within the scope of our representation are appeals from any judgments or orders of the court. Appeals are subject to separate discussion and negotiation between my firm and you. Also not included in the scope of this agreement are services you may request of us in connection with any other matter, action or proceeding.

CONTACT AT THE FIRM

Your primary contacts at Charles Law, P.C. will be Fred V. Charles, Esq. Other attorneys and paralegals may also perform work in connection with your representation and Charles Law, P.C. reserves the right to appropriately staff the representation.

COMMUNICATION WITH THE FIRM

We will endeavor to keep you fully advised with respect to the significant events occurring during the representation. Should you have any questions or concerns at all, please communicate them to the attorneys working on your matter.

Charles Law, P.C. communicates with its clients by telephone, mail, fax, e-mail, and personal contact.  You should be aware that communication by e-mail is not a secure means of communication, and it is possible that others may have access to our communication by this method.  If you have confidentiality concerns about communication by e-mail and prefer to not utilize this method of communication, please let us know and we will respect your wishes.

All communication between you and our firm should be kept confidential and not shared with others. Forwarding or copying email messages, and/or texting our communications to a third party (friend, colleague, relative) may result in loss of attorney-client privilege protections or protections based on attorney work product. This may result in being forced to share with your employer or former employer information we would otherwise be allowed to keep confidential and free from disclosure.

We will send you documents, correspondence and other information throughout the representation.  These copies will be your file copies.  We will also keep the information in a file in our office, which will be our file.  Please bring your copy of the file to any necessary meetings, so that we both have all the necessary information in front of us.

FILE RETENTION

At the conclusion of the representation, should you desire a copy of those portions of the file that are considered the client's, please let us know and we will have a copy made for you at your expense.  Otherwise, Charles Law, P.C. retains the files for a period of seven years running from the conclusion of the representation, at which time the files are destroyed unless you notify us to the contrary in writing.

CLIENT'S RIGHT AND RESPONSIBILITIES

The Appellate Divisions of the State of New York have enacted a Statement of Client's Rights, a copy of which is attached hereto. Also attached is a copy of the Statement of Client's Responsibilities which was promulgated at the same time. If you have any questions about the content of either of these documents, please let us know.

FEES, EXPENSES AND BILLING PRACTICE

Our fee for these services is thirty-five (35) percent of the total recovery. You will also be charged for customary and usual expenses and cost incurred on your behalf during the matter, including but not limited to expert witness fees, photocopy, long-distance telephone, fax, transcripts, postage, overnight delivery, messengers, computer legal research and other legal related expenses.

ARBITRATION

If a dispute arises between us relating to our fees, you may have the right to arbitrate the dispute under Part 137 of the Rules of the Chief Administrator of the Courts, a copy of which will be provided to you upon request.

TERMINATION OF THE RELATIONSHIP

Our representation of you will continue through the conclusion of this matter or until otherwise agreed in writing. In the event fees earned under this agreement are not remitted in a timely fashion, as advance payment for the services to be rendered by the firm, the firm reserves the right to withdraw from this representation, subject, of course, to the requirements of the Codeof Professional Responsibility and the rules of the tribunal in question.

This agreement is a binding contract.

On behalf of the firm, we are pleased to represent you in this matter. If you have any questions, please feel free to call.

Very truly yours,

Fred V. Charles, Esq.

ACKNOWLEDGED AND AGREED:

_____

*By: Olivia Nantongo*
Dated: August 10, 2021