# Exhibit B

Fred,

I tried calling you a few times to advise you of something that several people have brought to my attention, but for some reason, you have decided not to take my calls.  In any event, you need to tell Ralph to stop telling people that he is a licensed attorney.  He has said this on several occasions to several people, and he is representing your license as his own.

For starters, it is a felony in New York and New Jersey for him to lie to people and claim to be a licensed attorney when he is not. Secondly, I know he helps you with your work and files documents on your behalf.  He cannot use that as an example of his legal licensing.

I honestly was not going to say anything and was going to let these people report him as they plan to, but I am attached to multiple cases with you. I do not want to be caught up in any investigation concerning Ralph and his disturbing actions.