# Exhibit C

January 9, 2026



9:23

4 People >

Today 9:14 AM

Tyrone Blackburn

Fred, I have given you all the grace I am going to extend.  You need to submit your final notice of withdrawal today.  You have Ralph pretending to be a lawyer, using your license and forging your signature (and presumably others') on notarized documents, and filing these forged instruments on court dockets.  I do not want to expose these clients to that. So you need to withdraw your representation NOW!

 Text Message • SMS