# Exhibit D



**From:** **Tyrone Blackburn** tblackburn@tablackburnlaw.com
**Subject:** Re: ADR Attorney Referral Program
**Date:** December 23, 2025 at 3:06 PM
**To:** RALPH CHARLES  RALPH.CHARLES@eeoc.gov,  Ralph Charles-AIPAC  ralph.charles@alteredex.com, ███████████
J██████████@eeoc.gov, M██████████@eeoc.gov, s█████████@eeoc.gov, D█████████@eeoc.gov,
Andrea.Lucas@eeoc.gov, Kalpana.Kotagal@eeoc.gov, Brittany.Panuccio@eeoc.gov, O█████████@eeoc.gov,
h█████████@eeoc.gov, info@eeoc.gov, █████████ A█████████@eeoc.gov, ████████
B█████████@eeoc.gov, ████████ s█████████@eeoc.gov, ███████████
w█████████@eeoc.gov, ████████ A████████@eeoc.gov

Mr. Charles,

I just wanted to follow up on the email I sent you yesterday.  I called the EEOC headquarters in Washington, DC, again today, and I was informed that the ADR Lawyer Referral program, for which you charged me a 10% fee on my retainer recovery for all the cases you referred to me, **is not a real program**.  This is a very infuriating discovery, as I have given you thousands of dollars in cash since 2019.  I would need a full refund of all the money I have paid you to date.

As I understand it, I am not the only lawyer you have scammed this way.  Disturbingly, I recently discovered that you have been misrepresenting yourself as a licensed attorney and have been referring pro-se ADR complainants to your brother, Fred Charles, whom you live with in Far Rockaway, New York.  There are other questionable and unethical issues between you and Fred, but I will leave them to you and the EEOC administrators to sort out.

So you know, today I will file a notice of claim against the EEOC, and will begin legal proceedings against you in the coming weeks if I am not fully refunded.  The damages for fraud in New York are treble damages, plus 9% interest compounded over time, and I intend to pursue every dollar.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the

sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Mon, Dec 22, 2025 at 9:12 AM Tyrone Blackburn <tblackburn@tablackburnlaw.com> wrote:

Mr. Charles,

I am writing to let you know that I recently settled the Larry Hector case (a case you referred to me) for close to a million dollars, and I wanted to know where and how I can pay the 10% referral fee to the EEOC's ADR case referral fee program. I have not spoken to you in several months. I tried calling you, but I haven't heard back. I contacted the EEOC in Washington, DC, to inquire about the program and to whom I should send the 10% payment. I am waiting for them to call me back.

As an aside, the woman I spoke with on the phone seemed shocked and confused by my inquiry. She said she knows of an attorney referral program through the EEOC's legal department, but that's typically after the right-to-sue letter is sent. She said she is not familiar with the ADR 10% referral fee program, which I have been paying you 10% of my attorneys' fees for every case that you referred to me since 2019. I really hope this program is real, Mr. Charles. I would hate to have to sue you and the EEOC for fraud and to recover every dollar I have paid you since 2019.

I will give you until the end of business today to respond to this e-mail and to provide proof of the existence of this referral program and where I should send the 10% payment for Larry Hector's case, or for you to provide a written apology to me, plus a plan to reimburse me 100% (plus 9% interest compounded) for every dollar I paid you into this fraudulent non-existent referral program.

Happy Holidays!

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

Just so you know, using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this medium.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): The email transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege.  The information is only for the use of the intended recipient.  If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited.  Any unauthorized interception of this transmission is illegal under the law.  If you have received this transmission in error, please promptly notify the sender by replying by email and then delete all copies.  Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney.  Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. I think everything said is purely a general comment or suggestion based on the limited facts presented to this firm.