# Exhibit E

**From:** NYED_Scanlon Chambers <scanlon_chambers@nyed.uscourts.gov>
**Date:** February 13, 2026 at 2:08:28 PM EST
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>, RALPH CHARLES <RALPH.CHARLES@eeoc.gov>, Ralph Charles-AIPAC <ralph.charles@alteredex.com>, CharlesLaw <fcharles@charleslawpc.com>, Justin Reilly <justin@nhglaw.com>, Victoria Spagnolo <VSpagnolo@nhglaw.com>
**Subject: Case 1:22-cv-04974-MKB-VMS Nantongo v. Nationwide Mortgage Bankers Inc**

Counsel,

Pursuant to the Individual Practice Rules of Judge Scanlon and the rules of this Court, all documents in all cases must be filed electronically on ECF.  Failure to comply with this directive results in the rejection of any papers not so filed.

Questions regarding ECF filing should be directed to the Clerk of Court, more information about which may be found on the Court's website.

---

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Tuesday, February 10, 2026 2:44 PM
**To:** NYED_Scanlon Chambers <scanlon_chambers@nyed.uscourts.gov>; RALPH CHARLES <RALPH.CHARLES@eeoc.gov>; Ralph Charles-AIPAC <ralph.charles@alteredex.com>; CharlesLaw <fcharles@charleslawpc.com>; Justin Reilly <justin@nhglaw.com>; Victoria Spagnolo <vspagnolo@nhglaw.com>
**Subject:** Case 1:22-cv-04974-MKB-VMS Nantongo v. Nationwide Mortgage Bankers Inc

CAUTION - EXTERNAL:

Good afternoon Judge Scanlon,

I apologize for emailing the chambers with a letter request for an Order directing Defendants and/or Fred and Ralph Charles to turn over all settlement documents and communications prior to the 2/18/2026 pre-motion conference.  I attempted to upload all of the attached documents to the court's docket, but unfortunately, I keep getting an error message.  I have attached a screenshot of the error message here.  Also, I have attached the following: 1. letter addressed to the Court, 2. Exhibit 1 to the letter, and 3. Proposed Order.

Please treat this email as my official request, and I will upload it to the docket once I figure out what is happening with my Pacer/ECF account.
Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor

Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____

_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media. CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you. CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.



CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.