# Exhibit F

January 15, 2026 at 11:56am

