# Exhibit G

Wed, Jan 14 at 12:28 PM

Tyrone Blackburn

TB **Laugh today, cry tomorrow.**

\+  Text Message • SMS