# Exhibit J

# Lawyer Suing Fat Joe Indicted After Allegedly Running Over Process Server

 **tmz.com**/2025/10/20/lawyer-suing-fat-joe-indicted-on-assault-chargess

TMZ Staff                                                                                October 20, 2025



[Getty Composite](#)

**Tyrone Blackburn** -- the lawyer suing **Fat Joe** -- has been indicted for allegedly running over a process server with a car ... TMZ has learned.

Law enforcement sources confirmed to us Blackburn has been officially indicted over the alleged May incident ... though we're told the indictment will remain sealed until his arraignment.

1/4



Instagram / @tyrone_blackburn

ICYMI ... Blackburn was **arrested in June** after cops say he got into his vehicle while a 66-year-old process server was giving him papers connected to the Fat Joe case.

Blackburn then allegedly put the car in reverse and hit the process server in the leg ... causing a somewhat major knee injury that the server claims he needed surgery to fix.



NOT SURPRISED

[Video: Joe Tacopina Says He's 'Not Surprised' by Tyrone Blackburn's Arrest](#)

TMZ.com

Blackburn represents **Terrance "T.A." Dixon,** who sued Fat Joe for millions, alleging he helped Joe write music. Later on, Dixon and Blackburn filed another lawsuit accusing Joe of engaging in **sexual relations with minors** in a lawsuit Joe's attorney **Joe Tacopina** said was full of "lies intended to damage his reputation and force a settlement through public pressure."

Tyrone was booked on assault about six weeks after the alleged incident is said to have taken place.



**[Fat Joe Vows to Get Even With Ex-Hypeman and His Attorney ... In Court](#)**



**[Fat Joe Accused of Having Sex With Underage Girls in New Lawsuit, Denies Claims](#)**

**[Fat Joe Suing His Ex-Hypeman for Defamation After He Called the Rapper a Pedophile](#)**