**Tyrone Blackburn, ESQ**
**Attorney NJS-ID # 232602020**
**1242 East 80th Street, 3rd Floor**
**Brooklyn, NY 11236**
**(347) 342-7432**
*Attorney for Plaintiff,* Olivia Nantongo

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OLIVIA NANTONGO on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>V.<br><br>NATIONWIDE MORTGAGE BANKERS INC.<br>      Defendant. | CASE NO. 22-cv-04974<br>Civil Action<br><br>Notice of Motion |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Sanctions Against Fred V. Charles, Esq. and Charles Law, P.C.; the Affidavit of Tyrone A. Blackburn, Esq., dated April 22, 2026, and the exhibits annexed thereto; and upon all prior pleadings, papers, and proceedings had herein, Plaintiff Olivia Nantongo, by and through her counsel, T.A. Blackburn Law, PLLC, will move this Court before the Honorable Orelia E. Merchant, United States District Judge, Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order:

1. Imposing monetary sanctions on Fred V. Charles, Esq. and Charles Law, P.C. pursuant to the Court's inherent authority, 28 U.S.C. § 1927, and Federal Rule of Civil Procedure 11, in an amount sufficient to deter future misconduct and to compensate Plaintiff for the reasonable attorneys' fees and costs incurred in identifying and responding to the fabricated and misattributed citations submitted at ECF Nos. 54 and 63;
2. Striking, or directing the Court to disregard, all arguments in ECF Nos. 54 and 63 that are supported exclusively by fabricated or non-existent legal authority.
3. Directing Fred V. Charles, Esq. to file a sworn declaration identifying all AI-based tools used in the preparation of any court submission in this action and confirming the specific verification steps taken with respect to each cited authority.
4. Directing Fred V. Charles, Esq. to certify, in all future filings in this District for a period of two years, that all legal citations have been independently verified in Westlaw or LexisNexis and that no AI-generated citation has been included without such verification.

5. Referring this matter to the Grievance Committee for the Second and Eleventh Judicial Districts for investigation of Fred V. Charles, Esq.'s conduct as an officer of this Court; and

6. Granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that Plaintiff's moving papers are filed herewith.


Dated: Brooklyn, New York
April 22, 2026

Respectfully submitted,

*/s/Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
Counsel for Plaintiff

2