**Tyrone Blackburn, ESQ**
**Attorney NJS-ID # 232602020**
**1242 East 80th Street, 3rd Floor**
**Brooklyn, NY 11236**
**(347) 342-7432**
*Attorney for Plaintiff,* Olivia Nantongo

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVIA NANTONGO on behalf of herself and all others similarly situated,<br><br>                              Plaintiff,<br><br>V.<br><br>NATIONWIDE MORTGAGE BANKERS INC.<br>                              Defendant. | CASE NO. 22-cv-04974<br>Civil Action<br><br>[PROPOSED] ORDER |

THIS MATTER having come before the Court on Plaintiff Olivia Nantongo's Motion for Sanctions Against Fred V. Charles, Esq. and Charles Law, P.C. (the "Motion"), upon the Notice of Motion, the Memorandum of Law in Support thereof, the Affidavit of Tyrone A. Blackburn, Esq. dated April 22, 2026, and the exhibits annexed thereto; and the Court having considered all submissions filed in support of and in opposition to the Motion; and good cause appearing therefor; IT IS HEREBY ORDERED as follows:

1. Monetary Sanctions. Fred V. Charles, Esq. and Charles Law, P.C., jointly and severally, are sanctioned pursuant to the Court's inherent authority, 28 U.S.C. § 1927, and Federal Rule of Civil Procedure 11. Fred V. Charles, Esq. and Charles Law, P.C. shall pay to Plaintiff's counsel, T.A. Blackburn Law, PLLC, the sum of $_____, representing the reasonable attorneys' fees and costs incurred by Plaintiff in identifying and responding to the fabricated and misattributed citations submitted at ECF Nos. 54 and 63. Said payment shall be made within thirty (30) days of the date of this Order.

2. Striking of Fabricated Authority. All arguments in ECF Nos. 54 and 63 that are supported exclusively by the following fabricated or materially misattributed citations are hereby STRICKEN and shall not be considered by this Court:

   - *Mpala v. Segarra*, 715 Fed. Appx. 84-85 (2d Cir. 2018) — a non-existent citation submitted at ECF No. 54.

- *LinkCo, Inc. v. Naoyuki Akikusa*, 357 Fed. Appx. 180 — a materially incorrect citation submitted at ECF No. 63.
- *United States v. Philley*, 357 Fed. Appx. 179, misattributed to the Second Circuit at ECF No. 63; and
- *Johnson v. Turnbill*, 715 Fed. Appx. 84 (2d Cir. 2018), cited for an inapplicable proposition at ECF No. 63.

3. Sworn Declaration Regarding AI Use. Within fourteen (14) days of the date of this Order, Fred V. Charles, Esq. shall file with this Court a sworn declaration:

   a. Identifying all artificial intelligence-based tools or programs used in the preparation of any court submission filed in this action.
   b. Describing with specificity the verification steps taken with respect to each legal citation included in ECF Nos. 54 and 63; and
   c. Explaining the circumstances under which the fabricated and misattributed citations identified in Paragraph 2 of this Order were included in those submissions.

4. Future Filing Certification. For a period of two (2) years from the date of this Order, Fred V. Charles, Esq. shall include in every document filed in this District the following certification:

   *"I certify that all legal citations contained in this filing have been independently verified in Westlaw or LexisNexis, and that no citation generated by an artificial intelligence tool has been included in this filing without such independent verification."*

5. Referral to Grievance Committee. The Clerk of Court is directed to transmit a copy of this Order, together with copies of ECF Nos. 54 and 63 and the Court's findings herein, to the Grievance Committee for the Second and Eleventh Judicial Districts for such investigation and proceedings as that Committee deems appropriate concerning the conduct of Fred V. Charles, Esq. as an officer of this Court.

SO, ORDERED.

Dated: Brooklyn, New York
_____, 2026

_____
Hon. Orelia E. Merchant
United States District Judge
Eastern District of New York

2